IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| LEXOR MANUFACTURING, LLC<br>    Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 3:18-CV-01933-N |
| LURACO, INC. and LURACO<br>HEALTH & BEAUTY, LLC<br>    Defendants. | §<br>§<br>§ | |

**ORDER GRANTING
JOINT STIPULATION AND REQUEST TO STAY LITIGATION
PENDING *INTER PARTES* REVIEW**

PURSUANT TO STIPULATION, and good cause showing, this action is STAYED in its entirety until the Patent Trial and Appeal Board decides whether to grant or deny Luraco's pending petitions for *Inter Partes Review* No. IPR2019-00204, or otherwise dismisses the petitions. All present deadlines and court dates set by the Court are VACATED. The Clerk shall ADMINISTRATIVELY CLOSE this matter.

The Parties shall provide notice to this Court within ten business days of the Board's decision to grant or deny institution of *Inter Partes* Review and in such notice the parties shall inform the Court of the review's disposition and inform the Court regarding whether the parties jointly request that this matter be reopened, request the stay to be extended during the pendency of any instituted Review, or inform the Court that they cannot come to agreement.

This Stipulation shall not prevent either party from seeking to reopen this case and lift or extend the stay at any other time should the circumstances warrant.

Signed December 3, 2018.

David C. Godbey
United States District Judge