UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEXOR MANUFACTURING, LLC,<br><br>Plaintiff<br><br>vs.<br><br>LURACO, INC. and LURACO HEALTH & BEAUTY, LLC,<br><br>Defendants. | Case No. 3:18-CV-01933-N<br><br>**NOTICE OF DECISION IN *INTER PARTES* REVIEW PROCEEDING** |

Plaintiff and counterclaim defendant Lexor Manufacturing, LLC ("Lexor") hereby notifies the Court in the above-entitled action that the USPTO issued a Judgment and Final Written Decision in the *Inter Partes* Review proceeding instigated by Luraco Health & Beauty, LLC ("Luraco"). As set forth in the Judgment, a copy of which is attached hereto as Exhibit A, the USPTO determined that none of the claims challenged by Luraco were deemed unpatentable, and none of the challenged claims should be cancelled.

By way of an order dated December 2, 2018 (Dkt. No. 22), the Court stayed this action pending this *Inter Partes* Review. Given that this proceeding has resolved, Lexor respectfully asks that the Court reopen the case and issue a scheduling order.

Dated: June 1, 2020

Respectfully submitted,

By: */s/ Jeff Grant*
Jeff Grant (Admitted *Pro hac vice*)
Email: jgrant@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
310/228-4483
*Attorneys for Plaintiff*
*Lexor Manufacturing, LLC*