# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| **LEXOR MANUFACTURING, LLC** | § | |
| **Plaintiff,** | § | **Case No. 3:18-CV-01933-S** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **LURACO, INC. AND LURACO** | § | |
| **HEALTH & BEAUTY, LLC,** | § | |
| **Defendants.** | § | |

### DEFENDANTS' NOTICE OF SERVICE OF PRELIMINARY INVALIDITY AND INFRINGEMENT CONTENTIONS

Pursuant to the Second Amended Miscellaneous Order No. 62, Defendants/Counter-Plaintiffs have served this day their preliminary contentions concerning invalidity and infringement contentions to counsel for Plaintiff Lexor Manufacturing, LLC.

The served documents include contentions concerning all patents referenced in the proposed First Amended Counter-Petition.

The deadline to provide these disclosures was agreed to by the parties pursuant to 3-5(b) of the Order, which allows the parties to confer on such matters.

Respectfully submitted,

> Warren V. Norred
> NORRED LAW, PLLC
> 515 E. Border; Arlington, TX 76010
> 817-704-3984
> wnorred@norredlaw.com
> *Attorney for Defendants/Counter-Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u> -** I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case, which includes the following:

| | |
|---|---|
| Andy Nikolopoulos | Jeff Grant *(Pro hac vice)* |
| State Bar No. 24044852 | jgrant@foxrothschild.com |
| anikolopoulos@foxrothschild.com | FOX ROTHSCHILD LLP |
| FOX ROTHSCHILD LLP | 10250 Constellation Blvd. |
| Two Lincoln Centre | Suite 900 |
| 5420 LBJ Freeway, Suite 1200 | Los Angeles, CA 90067 |
| Dallas, Texas 75240 | 310/228-4483 |
| 972/991-0889 | 310/556-9828 - Fax |
| 972/404-0516-Fax | |

*Attorneys for Plaintiff Lexor Manufacturing, LLC*

Dated:  January 29, 2021                              /s/Warren V. Norred
                                                                 Warren V. Norred