IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEXOR MANUFACTURING LLC, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No.  3:18-CV-01933-N |
| LURACO INC, *et al.*, | | |
| Defendants. | | |

## **ORDER**

A status telephone conference is set in this case on Monday, August 22, at 3:00 p.m. on Defendant's motion for scheduling conference to amend the scheduling order [46]. Information to attend the call will be emailed to the parties.

Signed August 19, 2022.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE